1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10
11   STEVEN LAMONT MARKOS,           Case No. 2:21-cv-04286-FLA (ASx)
12              Plaintiff,
                                     **ORDER TO SHOW CAUSE WHY**
13        v.                         **THE COURT SHOULD NOT**
                                     **DISMISS THIS ACTION DUE TO**
14                                   **SETTLEMENT**
     JOONG-ANG DAILY NEWS
15   CALIFORNIA, INC.
16              Defendant.
17
18
19
20
21
22
23
24
25
26
27
28
                                     1

1      In light of the Notice of Settlement filed in this action, the court ORDERS the parties to submit a joint status report regarding settlement by September 20, 2021. The court further ORDERS the parties to Show Cause ("OSC") on October 1, 2021 at 1:30 p.m. in Courtroom 6B why the court should not dismiss this action due to the parties' settlement. The filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 shall constitute a sufficient response to, and will discharge, this OSC. All other pretrial deadlines pending are hereby VACATED.

IT IS SO ORDERED.

Dated: August 27, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge